FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0648

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause: DA 23-0648

---

MONTANA ENVIRONMENTAL INFORMATION CENTER and
EARTHWORKS

Plaintiffs and Appellants

v.

OFFICE OF THE GOVERNOR FOR THE STATE OF MONTANA

Defendant/Appellee.

---

**ORDER**

---

Upon consideration of Appellants' motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until July, 29, 2024, to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2024